**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**UNITED STATES OF AMERICA**

**VS.**                    **4:18-CR-00208-01-BRW**

**CEDARIUS JOYNER**

## ORDER

Defendant's Motion to Reduce Sentence and Appoint Counsel (Doc. No. 77) is DENIED.

Applying retroactive guideline Amendment 821 reduces Defendant's criminal history score from 9 to 8.  However, his criminal history category remains IV, which means his guideline range has not changed.[1]

As to simple possession of marijuana, that change appears in Part C, which is not retroactive.

IT IS SO ORDERED this 21st day of November, 2023.

Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1]*See* U.S.S.G 1.10 (a)(2) ("Exclusions.—A reduction in the defendant's term of imprisonment is not consistent with this policy statement and therefore is not authorized under 18 U.S.C. § 3582(c)(2) if— . . . an amendment listed in subsection (d) does not have the effect of lowering the defendant's applicable guideline range.").